**Martha L. JACOBS, Plaintiff— Appellant,**

v.

**INTERNAL REVENUE SERVICE, Defendant—Appellee.**

No. 07–1359.

United States Court of Appeals, Fourth Circuit.

Submitted: July 24, 2007.

Decided: July 27, 2007.

172

Martha L. Jacobs, Appellant Pro Se. John A. Nolet, Thomas J. Clark, United States Department of Justice, Washington, D.C., for Appellee.

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Martha L. Jacobs appeals from the district court's order adopting the recommendation of the magistrate judge and dismissing her complaint in which she requested that the district court enjoin the Internal Revenue Service from continuing its efforts to collect on a tax liability she disputes and from harassing her. She also sought monetary damages. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Jacobs v. IRS,* No. 4:06–cv–00599–TLW, 2007 WL 895782 (D.S.C. Mar. 21, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*